C. A. No. 74-69. STATE *v.* GARY O'ROURKE AND JOHN MC-MAHON. Defendants are ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Joseph L. DeCaporale,* Asst. Public Defender, for defendants.

C. A. No. 74-135. STATE *v.* LOUIS A. CAMERLIN. Defendant is ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Benedetto A. Cerilli, Jr.,* Asst. Public Defender, for defendant.

C. A. No. 74-136. STATE *v.* LOUIS A. CAMERLIN. Defendant is ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Benedetto A. Cerilli, Jr.,* Asst. Public Defender, for defendant.

C. A. No. 74-239. STATE *v.* STEVEN W. SOUSA. Defendant is ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Peter DiBiase,* Asst. Public Defender, for defendant.